1   MELINDA HAAG (CABN 132612)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELISSA K.B. SLADDEN (CSBN 203307)
    Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-6962
6       FAX: (415) 436-6748
        melissa.sladden@usdoj.gov
7
    Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12
    FRANK PETKOVICH,                    )   No. C-11-05501 SC
13                                      )   Related Case No. C 12- 02116 SC
            Plaintiff,                  )
14                                      )   **STIPULATION OF DISMISSAL WITH**
        v.                              )   **PREJUDICE AND REQUEST FOR**
15                                      )   **REMAND TO STATE COURT AND**
    UNITED STATES OF AMERICA, THE       )   **[PROPOSED] ORDER REGARDING**
16  PRESIDIO TRUST, AND DOES 1-100      )   **SAME**
    inclusive,                          )
17                                      )
            Defendant.                  )
18  _____ )

19

20

21

22

23

24

25

26

27

28

[STIPULATION OF DISMISSAL WITH PREJUDICE AND REQUEST FOR REMAND AND  [PROPOSED]
ORDER - CIVIL CASE NO. C-11-05501 SC AND RELATED CASE NO C-12-02116 SC]

1  The plaintiff Frank Petkovich, ("Plaintiff") and the federal defendant United States of
2  America and the Presidio Trust ("Federal Defendants")[1] the defendant Reed and Graham, Inc.
3  ("Reed and Graham"), the defendant Graham Contractors, Inc. ("Graham Contractors") and the
4  defendant Granite Rock Company ("Granite Rock") by and through their designated counsel
5  stipulate as follows:

6  WHEREAS, Plaintiff filed the above-captioned action under the Federal Tort Claims Act,
7  28 U.S.C. §§ 2671 *et seq.*;

8  WHEREAS, Plaintiff and the Federal Defendants wish to avoid any further litigation and
9  controversy and to dismiss and release fully any and all claims and issues that have been raised,
10  or could have been raised in this action, which includes District Court Case Nos. C-11-05501 SC
11  and C-12-02116 SC, which have transpired prior to the execution of this stipulation against the
12  Federal Defendants;

13  WHEREAS, the Plaintiff and non-Federal Defendants seek to have the action remanded
14  to the proper State Court once the Federal Action is dismissed with prejudice and request that the
15  Court issue an order regarding the same;

16  WHEREAS, the Federal Defendants will not be named parties in the remanded State
17  Court action and shall not be named a party in any future action that arises directly or indirectly
18  from the alleged acts or omissions by the Federal Defendants that gave rise to the above-
19  captioned actions C-11-05501 SC and C-12-02116 SC;

20  IT IS HEREBY STIPULATED as follows:

21  The related District Court actions case Nos. C-11-05501 SC and C-12-02116 SC are
22  hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) as
23  against the Federal Defendants only.  The Plaintiff and Federal Defendants shall bear their own
24  fees and costs.  By this stipulation of dismissal the Plaintiff dismisses and releases any claim
25  against the Federal Defendants only arising directly or indirectly from the alleged acts or
26  omissions by the Federal Defendants that gave rise to the above-captioned related actions C-11-

27  _____
28  [1]The Federal Defendant is specially appearing for the purposes of filing this stipulation.

05501 SC and C-12-02116 SC.  The parties further stipulate and request that the action C-12-02116 SC be remanded to San Francisco Superior Court.  However, the Federal Defendants will no longer be parties to the remanded action having had any claim arising directly or indirectly from their alleged acts or omissions that gave rise to the above-captioned related actions C-11-05501 SC and C-12-02116 SC released and dismissed with prejudice.  Moreover, by signing this stipulation, which includes a request for remand to the proper State Court, the Federal Defendants shall not be deemed to consent to the jurisdiction of the State Court.

IT IS SO STIPULATED.

DATED: June 1, 2012

Respectfully submitted,
MELINDA HAAG
United States Attorney
      /s/ Melissa Sladden

_____
MELISSA K.B. SLADDEN
Assistant United States Attorney

DATED: June 1, 2012

LAWRENCE BRAGMAN
Attorney at Law
      /s/ Lawrence Bragman

_____
LAWRENCE BRAGMAN
Attorney for Plaintiff

DATED: June 1, 2012

NORMAN LA FORCE
Law Offices of Jeffrey F. Paccassi
      /s/ Norman La Force

_____
NORMAN LA FORCE
Attorneys for Defendant Reed and Graham, Inc.

DATED: June 1, 2012

CYNTHIA SHAMBAUGH
Law Offices of Beverly E. Narayan
      /s/ Cynthia Shambaugh

_____
CYNTHIA SHAMBAUGH
Attorneys for Defendant Graham Contractors, Inc.

DATED: June 1, 2012

MATTHEW GIAMPAOLI
LaMore, Brazier, Riddle & Giampaoli
      /s/ Matthew Giampaoli

_____
MATTHEW GIAMPAOLI
Attorney for Defendant and Cross-Defendant
      Granite Rock Company

[STIPULATION OF DISMISSAL WITH PREJUDICE AND REQUEST FOR REMAND AND  [PROPOSED] ORDER - CIVIL CASE NO. C-11-05501 SC AND RELATED CASE NO C-12-02116 SC]

3

1                                    ~~[PROPOSED]~~ ORDER

2          Pursuant to stipulation of the parties, the related District Court actions case Nos. C-11-

3    05501 SC and C-12-02116 SC are hereby dismissed with prejudice pursuant to Federal Rule of

4    Civil Procedure 41(a)(1)(ii) as against the Federal Defendants only.  The Plaintiff and Federal

5    Defendants shall bear their own fees and costs.  By this stipulation of dismissal the Plaintiff

6    dismisses and releases any claim against the Federal Defendants only arising directly or indirectly

7    from the alleged acts or omissions by the Federal Defendants that gave rise to the above-

8    captioned related actions C-11-05501 SC and C-12-02116 SC.  The District Court Action C-12-

9    02116 SC shall be remanded to San Francisco Superior Court.  The Federal Defendants are not

10   parties to the remanded action having had any claim arising directly or indirectly from their

11   alleged acts or omissions that gave rise to the above-captioned related actions C-11-05501 SC

12   and C-12-02116 SC released and dismissed with prejudice.  By signing this stipulation, the

13   Federal Defendants shall not be deemed to consent to the jurisdiction of the State Court.

14

15   IT IS SO ORDERED.

16

17   DATED: _____6/7/12_____

18   HONOR_____CONTI

     United Sta_____udge

